CHARLES CHMELIK, Appellant, v. SWANKIRK REALTY CORPORATION, Respondent.— Judgment reversed upon the law and the facts, with costs, and judgment

directed for plaintiff, with costs, for the amount of the down payment and the amount of the fees, together with interest. The encroachment was a material one; no question of law was raised as to it, and no question of fact was submitted to the jury. Order denying motion to set aside the verdict and to grant a new trial reversed and motion granted to the extent of setting aside the verdict, without costs. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur. Settle order on notice.